FIRST CONNECTICUT CREDIT UNION *v.*
RONALD BUTLER ET AL.
(2004)

TESTO, HULL and BORDEN, Js.

Argued February 1—decision released March 6, 1984

*Daniel V. Presnick,* for the appellant (defendant Rosetta McPherson).

*David E. Kamins,* for the appellee (plaintiff).

PER CURIAM. In accordance with the stipulation of the parties at oral argument, the judgment is set aside and the case is remanded to the judicial district of New Haven for further proceedings.